No. 474, Misc. JAMES v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 476, Misc. YOUNG v. COINER, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 478, Misc. FINK v. HEYD, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 479, Misc. DeVARGAS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. *Albert Armendariz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for respondent.

No. 493, Misc. NELSON v. PINTO, PRISON FARM SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. *Robert N. McAllister, Jr.,* for respondent.

No. 496, Misc. TOLIVER v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 527, Misc. STEBBINS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. D. C. Cir. Certiorari denied. *Earle K. Shawe* and *Robert E. Anderson* for State Farm Mutual Automobile Insurance Co. et al., *Allan C. Swingle* for Nationwide Mutual Insurance Co. et al., and *James F. Bromley* for Keystone Insurance Co. et al., respondents.

No. 522, Misc. DEARMAN v. KANSAS. Sup. Ct. Kan. Certiorari denied.